

# NUMBER 13-24-00599-CR

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

VERONICA ANTOINETTE CABLES,                                    Appellant,

v.

THE STATE OF TEXAS,                                            Appellee.

## ON APPEAL FROM THE CRIMINAL DISTRICT COURT NO. 2
## OF TARRANT COUNTY, TEXAS

## MEMORANDUM OPINION

### Before Chief Justice Tijerina and Justices West and Cron
### Memorandum Opinion by Chief Justice Tijerina

This cause is before the Court on appellant's motion to dismiss this appeal.[1] The motion was signed by the appellant and counsel. We find the motion meets the requirement of Texas Rule of Appellate Procedure 42.2(a) that appellant and attorney

---

[1] This case is before the Court on transfer from the Second Court of Appeals pursuant to a docket equalization order issued by the Supreme Court of Texas. *See* TEX. GOV'T CODE ANN. § 73.001.

must sign a written motion to dismiss the appeal. *See* TEX. R. APP. P. 42.2(a).

Accordingly, the motion to dismiss is granted. Without passing on the merits of the case, the appeal is hereby dismissed. Having dismissed the appeal at appellant's request, no motion for rehearing will be entertained.

JAIME TIJERINA
Chief Justice

Do not publish.
TEX. R. APP. P. 47.2(b).

Delivered and filed on the
1st day of May, 2025.